**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ASOCIACIÓN DE NAVIEROS DE PUERTO RICO, INC.<br><br>Demandante<br><br>v.<br><br>SAN JUAN BAY PILOTS CORP.<br><br>Demandada | CIVIL NO. 26-1360 |

**NOTICE OF APPEARANCE**

**TO THE HONORABLE COURT:**

**COMES NOW** attorney Alberto J. Castañer-Padró and respectfully enters his appearance as counsel for Plaintiff Asociación de Navieros de Puerto Rico, Inc. in the above-captioned case. Counsel requests that all notices, pleadings, motions, orders, and other papers filed in this matter be served to the undersigned through the Court's CM/ECF system.

**WHEREFORE**, appearing counsel respectfully notifies the Court and all parties of record of his appearance on behalf of Plaintiff Asociación de Navieros de Puerto Rico, Inc.

**ESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 9th day of June, 2026.

*Castañer & Cia, PSC*
Capital Center Building I
239 Ave A Hostos, Ste 1201
San Juan PR 00918
Office: (787) 707-0802
Mobile: (787) 402-0103
Fax: 1(888) 227-5738

alberto@castañerlaw.com

**s/ Alberto J. Castañer-Padró**
Alberto J. Castañer-Padró, Esq.
USDC 225706

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/Alberto Castaner
Alberto J. Castaner-Padro, Esq.

2